441 A.2d 462

Commonwealth v. Kale, Sr., Appellant.

Submitted February 4, 1981. Robert B. Keys, Jr., for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.